**Order filed January 26, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00430-CV

———————

## IN THE INTEREST OF L.A.V. AND S.H.V., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-03748J**

---

# ORDER

The clerk's record was filed October 25, 2021. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the following orders, which are noted on the clerk's docket sheet:

- Order signed October 1, 2020 Setting Hearing

- Order signed October 1, 2020 Retaining Case on Docket

- Order signed January 11, 2021 Granting Continuance

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 2, 2022**, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.